UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| McKeown International, Inc.,<br>   *Plaintiff,*<br><br>v.<br><br>Princeton Insurance Group, L.L.C.,<br>   *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action Number<br>1:16-cv-01004-SS<br><br>Jury |

## PARTIES' STIPULATION OF DISMISSAL

COME NOW PLAINTIFF, McKeown International, Inc., and DEFENDANT, Princeton Insurance Group, L.L.C., and file this their Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in support thereof would show as follows:

As evidenced by the signatures of their respective counsel below, Plaintiff and Defendant, being the only parties, stipulate to dismissal of this action with prejudice to refiling same.

Respectfully submitted,

_____
Justin M. Welch
Texas State Bar No.: 24003876
**ATTORNEY FOR PLAINTIFF**

A member of the Firm of:

**Blazier, Christensen, Browder**
  **& Virr, P.C.**
Attorneys and Counselors at Law
901 S. Mopac Expy., Bldg. V, Ste. 200
Austin, Texas 78746
512 476 2622
(fax) 512 476 8685
email: jwelch@blazierlaw.com

_____
Rick Lee Oldenettel
State Bar No.: 15244500
ATTORNEY FOR DEFENDANT

**A member of the Firm of:**

**OLDENETTEL & LONG**
510 Bering Drive, Suite 675
Houston, Texas 77057
713.622.9220
(fax) 713.622.5161
email: roldenettel@oldenettellaw.com