IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 MAR 16  PM 2:58
CLERK
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

McKEOWN INTERNATIONAL, INC.,
       Plaintiff,

-vs-                                              Case No. A-16-CA-1004-SS

PRINCETON INSURANCE GROUP, LLC,
       Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the _16th_ day of March 2017.

_/s/ Sam Sparks_
UNITED STATES DISTRICT JUDGE